NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3229

SHARON S. SIMON,

Petitioner,

v.

DEPARTMENT OF COMMERCE,

Respondent.

Petition for review of the Merit Systems Protection Board in
CH0752080336-I-1.

ON MOTION

Before LOURIE, Circuit Judge.

ORDER

Sharon S. Simon moves for a 4-day extension of time, until November 13, 2009,

to file her brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

NOV 2 0 2009
_____
Date

cc:   Joseph E. Blandford, Jr., Esq.
      Jane W. Vanneman, Esq.
s17

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 2 0 2009

JAN HORBALY
CLERK